**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02775-CMA-BNB

SUZANNE M. STASKO ROBINSON,

    Plaintiff,

v.

DENNIS LEE TERWILLEGER,
TRUCKING EQUIPMENT COMPANY, INC., and
TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS,

    Defendants.

---

**ORDER DISMISSING DEFENDANT TRUCKING EQUIPMENT COMPANY, INC.**

---

Pursuant to Plaintiff's Response To Order To Show Cause (Doc. # 21), which states that Defendant Trucking Equipment Company, Inc. is no longer in business and that its corporate status in the State of California, its principal place of business, was dissolved, the Court ORDERS as follows:

DefendantTrucking Equipment Company, Inc. is hereby DISMISSED WITHOUT PREJUDICE.

DATED:  May   13  , 2011

                        BY THE COURT:

                        */s/ Christine M. Arguello*
                        CHRISTINE M. ARGUELLO
                        United States District Judge